USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/11/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MORIAH LETITIA PEOPLES,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**ST. JOSEPH MEDICAL CENTER ET AL.,**<br><br>**Defendants.** | **1:25-cv-07186 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On December 12, 2025, Defendants submitted a letter for a pre-motion conference in connection with their anticipated motion to dismiss. Per this Court's Individual Practices, Plaintiff is ordered to respond to this request indicating her position within three business days. Accordingly, Plaintiff should submit a response by **December 16, 2025.**

**SO ORDERED.**

**Dated:  December 11, 2025**

New York, New York                                           **ANDREW L. CARTER, JR.**
                                                                                  **United States District Judge**